USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x
TBH BRAND HOLDINGS LLC,

        Plaintiff,

   - against -                              Civil Action No.: 1:20-cv-06639

BLACK STORM, S.A.                    **NOTICE OF WITHDRAWAL AND**
                                                       **DISCONTINUANCE**
        Defendant.
---------------------------------------------------------X

       PLEASE TAKE NOTICE THAT Plaintiff, by its attorney, hereby voluntarily discontinues said action without prejudice, with each side to bear its own costs.

Dated:  New York, New York
          June 15, 2021

                                              **Law Offices Of Barry M. Bordetsky**

                                              By: /s/ Barry Bordetsky
                                              Barry Bordetsky
                                              570 Lexington Avenue, 24th Fl.
                                              New York, NY 10022
                                              Telephone: (212) 688-0008
                                              Email: barry@bordetskylaw.com
                                              *Attorneys for Plaintiff*

**Granted. SO ORDERED.**

Date: 6/15/2021
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge